**E-FILED**
Tuesday, 30 March, 2010  11:29:30 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Prospect Enterprises LLC, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 10-1026 |
| | ) | |
| Donald N. Ruff and Annette Ruff, | ) | |
| Defendants | ) | |

ORDER

The complaint in this matter states that plaintiff is a limited liability company formed under the laws of Illinois with its principal place of business in Illinois.  The complaint does not state who plaintiff's partners are or what their citizenship is. For diversity purposes, the citizenship of a  limited liability company is based on the  citizenship of each partner.  Wise v. Wachovia Securities, LLC, 450 F.3d 265, 267 (7th Cir. 2006).   The complaint  must therefore be amended so the Court can determine whether it has subject matter jurisdiction over this dispute.  The Rule 16 conference set for Monday, April 5, is cancelled and will be reset if necessary following a finding of jurisdiction.

Entered: March 30, 2010

s/ John A. Gorman
John A. Gorman
U.S. Magistrate Judge