E-FILED
Monday, 05 April, 2010  03:28:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Prospect Enterprises LLC | ) | |
|        Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 10-1026 |
| | ) | |
| Ruff et al | ) | |
|        Defendant | ) | |

**ORDER**

     This case is set for a Rule 16 conference before Magistrate Judge John A. Gorman on May 7, 2010 at 11:30 AM ***IN PERSON*** in chambers in Peoria.

     If an agreed Discovery Plan pursuant to Fed.R.Civ.P. 26(f)(3) is filed on or before May 5, 2010, the Court will ***AUTOMATICALLY*** convert the conference to a telephone conference without further order or notice to the parties. The Court will set up the call. If no agreed discovery Plan is filed by said dates, counsel shall appear in person and shall bring to the conference a Plan that sets forth each party's proposals for scheduling the case and the reason for the lack of agreement.

     Primary trial counsel for each party shall participate and shall be prepared to discuss all issues listed in Fed.R.Civ.P. 16 and 26. In addition, counsel for the parties shall report whether they will [consent to the jurisdiction of the magistrate judge](#).

     The Discovery Plan shall include, at a minimum, the items mentioned in Fed.R.Civ.P. 16(b); Fed.R.Civ.P. 26(f)(2) and (3); and CDIL-LR 26.2(3). The Plan shall include provisions for discovery or disclosure of electronically stored information and any agreement with respect to inadvertently-disclosed work product or privileged information, using the [Sedona Principles](#) (Second Edition 2007) as a guide.

ENTERED ON April 5, 2010

                                          s/ John A. Gorman

                              JOHN A. GORMAN
             UNITED STATES MAGISTRATE JUDGE